## DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
### FOURTH DISTRICT

**EDDIE HUMPHREY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-3447

[April 23, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Paul L. Backman, Judge; L.T. Case No. 06006791CF10A.

Carey Haughwout, Public Defender, and Heidi Bettendorf, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Paul Petillo, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, KLINGENSMITH and KUNTZ, JJ., concur

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***